# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. CARLTON BRYAN,<br>2. PATRICIA BRYAN,<br><br>    Plaintiffs,<br><br>v.<br><br>1. CSAA FIRE & CASUALTY<br>   INSURANCE COMPANY<br>   D/B/A AAA FIRE & CASUALTY<br>   INSURANCE COMPANY, A Foreign<br>      For Profit Insurance Corporation, | )<br>)<br>)<br>)<br>)<br>) Case No. 14-cv-00553 RAW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT

Comes Now the Plaintiffs, Carlton Bryan and Patricia Bryan, by and through their counsel of record, Michael D. McGrew, who hereby give notice to the court that the parties have reached a settlement of the above captioned matter. At this time, the parties are in the process of exchanging settlement release documents and drafts. The parties hereby request that any scheduled court appearances and deadlines be stricken. The Plaintiff and Defendant anticipate that a final dismissal will be filed within thirty days.

Respectfully submitted this 9th day of October, 2015.

        **By:** **/s/Michael McGrew**
           **Michael D. McGrew, OBA # 13167**
           **McGrew, McGrew & Associates**
           **400 N. Walker Ave., #115**
           **Oklahoma City, OK 73102**
           **Telephone: (405) 235-9909**
           **Facsimile:   (405) 235-9929**
           **E-Mail:**
           **mcgrewslaw@yahoo.com**
           **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 9, 2015, I electronically transmitted the attached document, Notice of Settlement to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Greg Nellis

Counsel for Defendant

                                       *s/Michael D. McGrew*