IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) CARLTON BRYAN,<br>(2) PATRICIA BRYAN,<br><br>        Plaintiffs,<br><br>v.<br><br>(1) CSAA FIRE & CASUALTY<br>INSURANCE COMPANY d/b/a<br>AAA FIRE & CASUALTY<br>INSURANCE COMPANY, a foreign<br>for profit insurance corporation,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   No. CIV-14-553-RAW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** Carlton Bryan and Patricia Bryan, by and through their attorney of record, Michael D. McGrew, and Gregory D. Nellis, attorney of record for Defendant, and would show the Court that this matter has been compromised and settled and, therefore, stipulate to dismissal with prejudice of this action.

                        /s/ Michael D. McGrew
                        (signed by filing attorney with permission of Plaintiff attorney)
                        Michael D. McGrew, OBA #13167
                        Michael D. McGrew & Associates, PC
                        400 N. Walker, Suite 115
                        Oklahoma City, OK 73102
                        E-mail: mcgrewslaw@yahoo.com
                        ATTORNEY FOR PLAINTIFFS

/s/ Gregory D. Nellis
Gregory D. Nellis, OBA #6609
Atkinson, Haskins, Nellis, Brittingham,
   Gladd & Fiasco
525 S. Main, Suite 1500
Tulsa, OK 74103
T: (918) 582-8877   F: (918) 585-8096
Email: gnellis@ahn-law.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that on October 29, 2015, the above and foregoing document was transmitted to the Clerk for the United States District Court for the Eastern District of Oklahoma using the ECF System for filing and transmittal to the following ECF registrants:

Michael D. McGrew, OBA #13167
Michael D. McGrew & Associates, PC
400 N. Walker, Suite 115
Oklahoma City, OK 73102
E-mail: mcgrewslaw@yahoo.com
*Attorney for Plaintiffs, Carlton Bryan and Patricia Bryan*

/s/ Gregory D. Nellis

S:\Files\311\20\Stipulation-mac.wpd